| In re: | CASE NO. **20-60202** |
|---|---|
| **Tina Odessa Turner-Cabell** | CHAPTER **13** |
| Debtor(s) | |

## NOTICE OF AMENDMENT TO DEBTOR'S SCHEDULES OF CREDITORS AND/OR MATRIX

Debtor, pursuant to Bankruptcy Rule 1009(a), hereby gives NOTICE of the names of creditors added to debtor's schedules of creditors and/or mailing matrix as follows:

| NAME AND ADDRESS OF CREDITOR | DATE OF DEBT AND SECURITY, IF ANY | WHETHER DISPUTED | AMOUNT |
|---|---|---|---|
| **John S. Lyon, DDS, Inc.**<br>**c/o Scott/Kroner, PLC**<br>**418 E Water Street**<br>**Charlottesville, VA 22902** | | **No** | **$2,142.59** |
| **Phillip Cabell**<br>**1548 Hundley Branch Road**<br>**Scottsville, VA 24590** | | **N/A** | **Co-debtor on debt to John S. Lyon, DDS, Inc.** |

/s/ Tina Odessa Turner-Cabell
**Tina Odessa Turner-Cabell**
(Debtor must sign)

The above-named debtor(s) certifies under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

### **CERTIFICATION**

I hereby certify that I have contacted the Bankruptcy Court Clerk's office and the above-styled case has not been closed or I have enclosed herewith a Motion to Reopen and the appropriate filing fees. I further certify that a true copy of this Notice was duly mailed on 09/10/2020 to the debtor and, if the §341(a) creditors' meeting notice has been issued, to the above-named creditors, which notice of amendment to said creditors shall include a copy of the §341(a) creditors' meeting notice, proof of claim form, and order of discharge, as applicable.

Dated:   09/10/2020                                Signed:   /s/ Jerry E. Fennell, Jr.

Note: ALL amendments must be accompanied by a THIRTY-ONE DOLLARS ($31.00) filing fee payable to **Clerk, U. S. Bankruptcy Court**. Personal checks are not accepted. **If more than five (5) creditors are added by amendment, counsel for the debtor, or debtor if pro-se, shall file with the Clerk an amended matrix which lists only the added creditors in alphabetical order.**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| In re:<br>**Tina Odessa Turner-Cabell**<br><br>**Debtor(s)** | Chapter 13<br><br>Case No **20-60202** |
|---|---|

## CERTIFICATION REGARDING AMENDED SCHEDULES OR STATEMENTS

On 09/10/2020, the Debtor(s) filed amended schedules or statements (check the applicable box below):

☐ These amended schedules or statements do not list any creditors or parties not listed on the matrix originally filed with the petition in this case.

☐ These amended schedules or statements do add creditors but the creditors are listed on the mailing matrix previously filed with this Court. I have paid the related filing fee for adding these creditors. As of the date of this certification the mailing matrix in this case includes all creditors listed on the bankruptcy schedules, as amended.

☒ These amended schedules or statements do add creditors, and the creditors were not listed on the mailing matrix previously filed with this Court. Accordingly I have taken the following actions: (a) I have updated the mailing matrix to add all creditors not previously listed on the mailing matrix, and as of the date of this certification the mailing matrix in this case includes all creditors listed on the bankruptcy schedules, as amended, (b) I have paid the related filing fee for adding these creditors, and (c) on 09/10/2020, I sent the Notice of Bankruptcy and § 341(a) creditors' meeting notice to the following creditors in the manner described as follows (add extra pages if necessary):

John S. Lyon, DDS Inc. – First Class Mail

I hereby certify that the foregoing is true and correct.

Date:  **09/10/2020**                         **/s/ Jerry E. Fennell, Jr.**
                                              **Jerry E. Fennell, Jr. VSB #94748**
                                              Counsel for Debtor(s)

I hereby certify under penalty of perjury that the foregoing is true and correct.

_____     _____
Debtor (if applicable)                       Joint Debtor (if applicable)